[No. 1731-1.    Division One.    August 20, 1973.]

THE STATE OF WASHINGTON, *Appellant,* v. JOSEPH DANIEL
STEPHENS, *Respondent.*

Appeal from a judgment of the Superior Court for Sno-
homish County, No. 4412, Alfred O. Holte, J., entered June
8, 1972. *Remanded* by unpublished opinion per Callow, J.,
concurred in by Swanson, C.J., and James, J.

[No. 1784-1.    Division One.    August 20, 1973.]

THE STATE OF WASHINGTON, *Respondent,* v. ROBERT H.
SMALLWOOD, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 59863, Theodore S. Turner, J., entered June 16,
1972. *Affirmed* by unpublished opinion per Horowitz, J.,
concurred in by Swanson, C.J., and James, J.

[No. 1884-1.    Division One.    September 4, 1973.]

THE STATE OF WASHINGTON, *Respondent,* v. JAMES KEITH
LONG, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 60006, Robert W. Winsor, J., entered July 28,
1972. *Affirmed* by unpublished opinion per Williams, J.,
concurred in by Farris and Callow, JJ.

[No. 1674-1.    Division One.    September 10, 1973.]

THE STATE OF WASHINGTON, *Respondent,* v. ORRIN RUSSELL,
*Appellant.*

Appeal from a judgment of the Superior Court for Sno-
homish County, No. 4998, Phillip G. Sheridan, J., entered
April 21, 1972. *Affirmed* by unpublished per curiam opin-
ion.